UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

1230 PARK ASSOCIATES, LLC, MYRTLE BOULEVARD ASSOCIATES, LLC,

                        Plaintiffs,

        - against -

HIRAM STURM,

                        Defendant.
------------------------------------------------------------x

Docket No.: 07 cv 3743

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Local Rules, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for plaintiffs, certifies that plaintiffs are limited liability companies which have no corporate parents, affiliates and/or subsidiaries which are publically held.

Dated:     New York, New York
            May 8, 2007

                                          GOLDBERG WEPRIN & USTIN LLP

                                          By: _____
                                          By: Matthew Hearle (MH-3596)

                                          1501 Broadway
                                          22nd Floor
                                          New York, New York 10036
                                          (212) 221-5700

                                          Attorneys for Plaintiffs