AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

1230 PARK ASSOCIATES LLC and MYRTLE
BOULEVARD ASSOCIATES LLC,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

HIRAM STURM,

**07 CIV 3743**

TO: (Name and address of defendant)

HIRAM STURM
4381 Harris Valley Road, NW
Atlanta, Georgia 30327

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Goldberg Weprin & Ustin LLP
1501 Broadway
22nd Floor
New York, New York 10036
(212) 221-5700

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         MAY 1 1 2007
_____                                 _____
CLERK                                                      DATE

/s/ Marcos Quintero
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                                                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| UNITED STATES DISTRICT COURT | INDEX #: 07 CIV 3743 |
| COUNTY OF | Date Filed: May 11, 2007 |
| | DISTRICT: Southern District of N.Y. |

Attorneys: GOLDBERG WEPRIN & USTIN LLP   PH: 212-221-5700
Address: 1501 BROADWAY, 22ND FLR   NEW YORK NY 10036   File No.:

*1230 PARK ASSOCIATES LLC, ET ANO*

*Plaintiff(s)/Petitioner(s)*

vs

*HIRAM STURM*

*Defendant(s)/Respondent(s)*

STATE OF GEORGIA, COUNTY OF FULTON   SS.:   **AFFIDAVIT OF SERVICE**

KATHERINE BOLLING, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On JUNE 12th, 2007 at 12:59 P.M.
at 4381 HARRIS VALLEY ROAD, NW, ATLANTA, GA 30327, deponent served the within
CIVIL COVER SHEET, SUMMONS, COMPLAINT & RULE 7.1 STATEMENT

on: **HIRAM STURM**, **Defendant** therein named.

**#1 INDIVIDUAL** ✓ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** By delivering thereat a true copy of each to _____ and that deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____. and by Certified Mail # _____

**#6 NON-SRVC** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:   [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: M   Color of skin: W   Color of hair: GRAY   Age: 75 (Approx)   Height: 5'7
Weight: 185   Other Features: _____

**#8 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER**

Sworn to before me on 6/13/07

[Notary seal: Aimy Ferrera, Notary Public, Georgia]

Signature: Katherine Bolling
Please Print Name Below Signature
KATHERINE BOLLING

Invoice_Work Order # 07013840