

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1230 PARK ASSOCIATES L.L.C. *et ano*,

                Plaintiffs,

-v-

HIRAM STURM,

                Defendant.

No. 07 Civ. 3743 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

      It is HEREBY ORDERED that if the plaintiff intends to file a motion for a default judgment, it should be submitted not later than October 22, 2007. Please consult my Individual Rules with respect to the proper procedure for filing a motion for a default judgment.

SO ORDERED.

Dated:    October 15, 2007
          New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

MICROFILM
OCT 2 3 2007 -12:00 PM