UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/07

**1230 PARK ASSOCIATES LLC ET AL,**

          **Plaintiffs,**

-v-

**HIRAM STURM,**

          **Defendant.**

Case No. 07-CV-03743 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The Defendant's motion to dismiss is denied without prejudice for failure to comply with the Court's individual practices and the Local Rules of this District.

SO ORDERED.

Dated:   November 19, 2007
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE