UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1230 PARK ASSOCIATES LLC and MYRTLE BOULEVARD ASSOCIATES LLC,<br><br>                                  Plaintiffs,<br><br>            - against -<br><br>HIRAM STURM,<br><br>                                  Defendant. | 07-CV-3743 (RJS)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE ENTER MY APPEARANCE as attorney of record for the defendant, Hiram

Sturm, M.D.  I certify that I am a member in good standing of the Bar of the State of New

York and am admitted to practice before this Court.

Dated:  November 26, 2007
        New York, New York

                                                **LAW OFFICES OF**
                                                **NICOMEDES SY HERRERA, ESQ.**


                                                By: __/s/ Nicomedes Sy Herrera_____
                                                     Nicomedes Sy Herrera, Esq.

                                                     41 River Terrace, Suite 403
                                                     New York, NY 10282
                                                     (212) 842-4613
                                                     Nico@HerreraLegal.com

                                                     -and-

                                                     211 King Street
                                                     Chappaqua, NY 10514
                                                     (914) 238-2045

                                                **ATTORNEY FOR DEFENDANT**
                                                **HIRAM STURM, M.D.**