UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1230 PARK ASSOCIATES L.L.C. *et ano*,

                Plaintiffs,

-v-

HIRAM STURM,

                Defendant.

---

No. 07 Civ. 3743 (RJS)
ORDER

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/21/07]

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the status conference in the above-captioned matter previously scheduled for Thursday, January 3, 2008, is adjourned to _January 17, 2008_ at _11 AM_ in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. The conference shall be conducted concurrently with a conference in the related case, *1230 Park Associates, L.L.P., et al v. Soltzer*, No. 06 Civ. 7684 (RJS).

SO ORDERED.

Dated:     December 20, 2007
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE