UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

1230 PARK ASSOCIATES L.L.C. *et ano*,

                Plaintiffs,

-v-

HIRAM STURM,

                Defendant.

No. 07 Civ. 3743 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held on January 17, 2008, the Court adopted the following schedule:

    The plaintiffs' amended complaint shall be filed on or before February 1, 2008.

    Following the filing of the amended complaint, defendant shall submit a letter to the Court, not later than February 15, 2008, indicating whether he intends to move for dismissal of the amended complaint.

SO ORDERED.

Dated:    January 17, 2008
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE