# LAW OFFICES OF NICOMEDES SY HERRERA

41 River Terrace Suite 403
NEW YORK, NEW YORK 10282
www.herreralegal.com

NICOMEDES SY HERRERA (NY)

CHAPPAQUA OFFICE
211 King Street
Chappaqua, New York 10514

TELEPHONE (CHAPPAQUA)
(914) 238-2045

TELEPHONE (MAIN-NY)
(212) 842-4613

TELECOPIER
(914) 238-2047

EMAIL
Nico@HerreraLegal.com

February 29, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

VIA FACSIMILE

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re:  *1230 Park Assocs. LLC v. Sturm*, 07-CV-3743 (RJS) and
     *1230 Park Assocs. LLC v. Soltzer*, 06-CV-7684 (RJS)
     <u>Request to Reschedule March 5, 2008 Status Conference</u>

Dear Judge Sullivan:

I represent the defendant, Hiram Sturm, M.D., in this action. By agreement of counsel for all parties, we respectfully request that the March 5, 2008 status conference for matter 06-CV-7684 be rescheduled. Counsel are available Monday, March 10; Tuesday, March 11; Tuesday, March 18; and March 24-28.

I note that there is a pending request by my client for a pre-motion conference for an anticipated motion to dismiss the complaint. Accordingly, I suggest that this conference be scheduled at the same time if acceptable to the Court.

Respectfully,

Nicomedes Sy Herrera, Esq.

*Both cases adjourned to March 27 @ 2:30pm.*

NSH/eu

SO ORDERED
Dated: 3/3/08
RICHARD J. SULLIVAN
U.S.D.J.